[No. 10635-3-II. Division Two. November 7, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. DON A. HERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 86-1-00388-4, James D. Roper, J., entered January 7, 1987. *Affirmed* by unpublished per curiam opinion.

[No. 11464-0-II. Division Two. November 7, 1988.]

*In the Matter of the Marriage of* JULIE ANN NESSETH, *Appellant, and* NATHAN DAVID NESSETH, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 87-3-00377-4, James D. Roper, J., entered October 8, 1987. *Affirmed* by unpublished per curiam opinion.

[No. 8621-6-III. Division Three. November 8, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN ALLAN VOLSTAD, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87-1-00129-7, John A. Schultheis, J., entered May 28, 1987. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green, J., and McInturff, J. Pro Tem.

[No. 8954-1-III. Division Three. November 8, 1988.]

*In the Matter of the Personal Restraint of* STEVEN ALLAN VOLSTAD, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Munson, A.C.J., concurred in by Green, J., and McInturff, J. Pro Tem.